```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,        )
                                 )   No. CR-08-085-RHW-8
              Plaintiff,         )
                                 )
v.                               )   ORDER GRANTING DEFENDANT'S
                                 )   UNOPPOSED MOTION TO MODIFY
MICHEAL J. CHARLES,              )
                                 )
                                 )
              Defendants.        )
```

Before the court is the Defendant's unopposed Motion to Modify Release Conditions. After reviewing the Motion, the court has determined that good cause exists to grant the Motion.

**IT IS ORDERED** Defendant's unopposed Motion to Modify Release Conditions **(Ct. Rec. 167)** is **GRANTED.** The Defendant is allowed to have contact with Erica Sheppard.

DATED August 21, 2008.


                        S/ CYNTHIA IMBROGNO
                   UNITED STATES MAGISTRATE JUDGE










ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY - 1