UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | ) | No. CR-08-085-RHW-8 |
|---|---|---|
| Plaintiff, | ) ) ) | ORDER GRANTING IN PART DEFENDANT'S UNOPPOSED |
| v. | ) ) | MOTION TO MODIFY |
| MICHEAL J. CHARLES, | ) ) | **---- ACTION REQUIRED ----** |
| Defendants. | ) ) ) | |

Before the court is the Defendant's Motion to Modify Release Conditions. After reviewing the Motion, the court has determined that good cause exists to grant the Motion. Accordingly,

**IT IS ORDERED** Defendant's Motion to Modify Release Conditions **(Ct. Rec. 223)** is **GRANTED in part.** The Defendant is allowed to leave his home for lawful and constructive work purposes and may actively look for lawful work, as long as it is approved through his probation officer. In addition, Defendant may not be self-employed, and the nature and details of the work and salary, including the name of Defendant's supervisor, shall be verified and approved by U.S. Probation Officer Sauther prior to employment.

DATED October 16, 2008.


_____S/ CYNTHIA IMBROGNO_____
UNITED STATES MAGISTRATE JUDGE


ORDER GRANTING IN PART DEFENDANT'S UNOPPOSED MOTION TO MODIFY - 1