UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-085-LRS-8 |
| Plaintiff, | ) ) | ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY |
| v. | ) ) | **(Ct. Rec. 338)** |
| MICHEAL J. CHARLES, | ) ) ) | |
| Defendants. | ) | |

**IT IS ORDERED** that the Defendant, Michael J. Charles, be removed from electronic home monitoring.

**IT IS FURTHER ORDERED** that the Defendant be placed on a curfew of **6:00 p.m. to 6:00 a.m.** The Defendant is to be present in his home, at the address provided to the U.S. Probation Office, at all times during his curfew.

DATED February 5, 2009.


                        S/ CYNTHIA IMBROGNO
                    UNITED STATES MAGISTRATE JUDGE


ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY - 1