UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-085-LRS-8 |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING DEFENDANT'S |
| | ) | UNOPPOSED MOTION TO MODIFY |
| v. | ) | **(Ct. Rec. 499)** |
| | ) | |
| MICHEAL J. CHARLES, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**IT IS ORDERED** that Defendant's unopposed Motion to Modify **(Ct. Rec. 499)** is **GRANTED.** Defendant shall be allowed to visit his son in Seattle, Washington, between the dates of April 24, 2009, and April 27, 2009.

DATED April 23, 2009.


                           S/ CYNTHIA IMBROGNO
                      UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY - 1